```
 1  Floyd W. Bybee, #012651
    LAW OFFICE OF
 2  FLOYD W. BYBEE, PLLC
    4445 E. Holmes Avenue
 3  Suite 107
    Mesa, Arizona 85206-3398
 4  Office:  (480) 756-8822
    Fax: (480) 302-4186
 5  floyd@bybeelaw.com

 6  Attorney for Plaintiffs

 7

 8              UNITED STATES DISTRICT COURT

 9                  DISTRICT OF ARIZONA

10  _____
                                    )
11  Dorothy and George H. Isham,    )   No. CV 08-0729-PHX-GMS
                                    )
12                                  )
                                    )
13       Plaintiffs,                )
                                    )
14  v.                              )   NOTICE OF SETTLEMENT
                                    )
15  National Enterprise Systems,    )
    Inc.,                           )
16                                  )
                                    )
17       Defendants.                )
                                    )
18  _____)
```

19      Plaintiffs, by and through counsel, hereby give notice
20  that Plaintiffs and Defendant Have reached a settlement in
21  this case.
22  / / /
23  / / /
24
25

DATED  January 20, 2009  .

             s/ Floyd W. Bybee
           Floyd W. Bybee, #012651
           **LAW OFFICE OF**
           **FLOYD W. BYBEE, PLLC**
           4445 E. Holmes Avenue
           Suite 107
           Mesa, Arizona 85206-3398
           Office:  (480) 756-8822
           Fax: (480) 302-4186
           floyd@bybeelaw.com

           Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  January 20, 2009, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Timothy R. Grimm**
    Attorney for Defendant

by   s/ Floyd W. Bybee