# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy and George H. Isham, | No. CV-08-0729-PHX-GMS |
| Plaintiffs, | |
| vs. | **ORDER** |
| National Enterprise Systems, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Dkt. # 20), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter, each party to bear their own attorneys' fees and costs.

DATED this 18th day of February, 2009.

G. Murray Snow
United States District Judge